# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE CADE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-CV-00060 OWW SMS P<br><br>ORDER DENYING MOTION FOR ISSUANCE OF SUMMONSES<br><br>(Doc. 11) |

　　　Plaintiff Lafayette Cade ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2006, plaintiff filed a motion seeking the issuance of summonses for service of the complaint on defendants.

　　　Because plaintiff is proceeding in forma pauperis, the court will issue him summonses and USM-285 forms to complete and return to the court for service of process by the United States Marshal. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2). The court will not issue the documents to plaintiff until it has screened his complaint and made a finding it states cognizable claims for relief and is ready for service. Plaintiff was informed of this procedure in the First Informational Order. (Doc. 9, ¶12.)

///
///
///
///
///

1   In a separate order issued concurrently with this order, the court dismissed plaintiff's
2 complaint, with leave to amend, for failure to state any claims upon which relief may be granted.
3 Plaintiff's motion is therefore premature and is HEREBY DENIED on that ground.
4 IT IS SO ORDERED.

5 **Dated:**   **August 23, 2006**                             /s/ Sandra M. Snyder
  icido3                                          UNITED STATES MAGISTRATE JUDGE