UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAFAYETTE CADE, | ) | 1:06-CV-00060 OWW SMS P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) ) | (DOCUMENT #14) |
| JEANNE WOODFORD, et al., | ) ) | |
| Defendants. | ) ) | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 26, 2006, plaintiff filed an application to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:**   **October 12, 2006**       /s/ Sandra M. Snyder
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE